JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISANDRO ADVINCULA,<br><br>Petitioner<br><br>v.<br><br>BRANDON PRICE,<br><br>Respondent. | Case No. 2:17-cv-06455-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: June 02, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE